IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re THOMAS OLICK,<br>　　　　Debtor. | : | |
| | : | |
| THOMAS OLICK,<br>　　　　Plaintiff-Appellant, | : | CIVIL ACTION NO. 10-7492 |
| v. | : | |
| NORTHAMPTON COUNTY *et al.*,<br>　　　　Defendants-Appellees. | : | |

**ORDER**

**AND NOW**, this 26th day of October, 2011, upon careful consideration of the parties' briefs and the record certified for appeal, **IT IS HEREBY ORDERED** that the November 9, 2010, order of the United States Bankruptcy Court for the Eastern District of Pennsylvania denying Thomas Olick's motion for summary judgment and granting summary judgment in favor of Northampton County and the Easton Area School District and entering judgment in favor of Northampton County and the Easton Area School District on all counts set forth in Olick's amended complaint is **AFFIRMED**. The clerk shall **CLOSE** this case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　/s/William H. Yohn, Jr., Judge
　　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn, Jr., Judge